| IP Address | HitDateUTC | File Name | ISP | State | City | County |
| --- | --- | --- | --- | --- | --- | --- |
| 97.106.140.234 | 1/18/2014 11:19:42 AM | Dallas.Buyers.Club.2013.DVDSCR.XviD-UNiTY | Time Warner Cable | Florida | Clearwater | Pinellas |

**EXHIBIT A**
DBC 1-30