Case 8:14-cv-01148-MSS-AEP   Document 7   Filed 05/29/14   Page 1 of 2 PageID 75

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DALLAS BUYERS CLUB, LLC,**

    **Plaintiff,**

                                  **CASE NO.:  8:14-cv-01148-MSS-AEP**

**v.**

**DOE 30,**

    **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

  __X__  IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

      *Dallas Buyers Club, LLC v. Doe 5*,
      Case No. 8:14-cv-01145-JSM-TGW (Middle District of Florida)
      *Dallas Buyers Club, LLC v. Doe 8*,
      Case No. 8:14-cv-01145-EAK-TGW (Middle District of Florida)
      *Dallas Buyers Club, LLC v. Doe 28*,
      Case No. 8:14-cv-01147-SCB-TGW (Middle District of Florida)

  _____  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dallas 1-30

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2014, a true and accurate copy of the foregoing was electronically filed with the Court. As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time. A copy of the foregoing will be provided to Defendant after he/she is identified and served.

s/ Catherine F. Yant
Richard E. Fee
Florida Bar No. 813680
Catherine F. Yant
Florida Bar No. 104852
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com
cyant@IPEnforcementLaw.com

Counsel for Plaintiff,
Dallas Buyers Club, LLC